# United States District Court

_____ DISTRICT OF _____

STANLEY DONALD
Plaintiff

V.

EDWARD FICCO
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, STANLEY DONALD, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration SOUZA-BARANOWSKI CORR. CENTER

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions. (LEDGER IS ATTACHED)

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I RECEIVE MONEY FROM FORMER EMPLOYER to PAY FOR A DNA test IN ANOTHER PENDING CASE.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2004, July, HOMELESS EMPOWERMENT PROJECT, 1151 MASS. AVE, CAMB, MASS 02138, (617) 497-1595, CYNTHIA BARON.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                             ☑ Yes   ☐ No
   f. Any other sources DONATIONS/WRITERS FUNDS         ☑ Yes   ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. TEN dollars A month From FAMILY, AND $60 A month From FORMER EMPLOYER, HOMELESS PROJECT/WRITERS FUNDS

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _(Inmate Account Attached)_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

   — NONE —

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   — NONE —

I declare under penalty of perjury that the above information is true and correct.

8/4/2004  
DATE

_Stanley J. Donald_  
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20040722 15:34

| | | | | Page : 2 |
|---|---|---|---|---|
| **Commit# :** | W66438 | | SOUZA-BARANOWSKI CORRECTIONAL | |
| **Name :** | DONALD, STANLEY, , | | **Statement From** 20040401 | |
| **Inst :** | SOUZA-BARANOWSKI CORRECTIONAL | | **To** 20040722 | |
| **Block :** | K2 | | | |
| **Cell/Bed :** | 37 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040525 09:39 | ML - Mail | 2852991 | | SBCC | ~BESSIE DONALD | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2901541 | | SBCC | ~Canteen Date : 20040604 | $0.00 | $16.06 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926220 | | SBCC | | $0.76 | $0.00 | $0.00 | $0.00 |
| 20040610 08:11 | IC - Transfer from Inmate to Club A/c | 2939390 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040611 22:30 | CN - Canteen | 2947780 | | SBCC | ~Canteen Date : 20040611 | $0.00 | $5.31 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977585 | | SBCC | ~Canteen Date : 20040618 | $0.00 | $40.21 | $0.00 | $0.00 |
| 20040621 10:18 | ML - Mail | 2979067 | | SBCC | ~HOMELESS EMPOWERMENT PROJECT INC. | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006792 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $8.72 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036537 | | SBCC | ~Canteen Date : 20040702 | $0.00 | $18.79 | $0.00 | $0.00 |
| 20040707 11:48 | IC - Transfer from Inmate to Club A/c | 3044002 | | SBCC | ~photo's for July~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040709 22:30 | CN - Canteen | 3065016 | | SBCC | ~Canteen Date : 20040709 | $0.00 | $4.45 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074224 | | SBCC | | $0.68 | $0.00 | $0.00 | $0.00 |
| 20040716 22:30 | CN - Canteen | 3109707 | | SBCC | ~Canteen Date : 20040716 | $0.00 | $28.37 | $0.00 | $0.00 |
| 20040720 11:47 | ML - Mail | 3115794 | | SBCC | ~HOMELESS EMPOWERMENT PROJECT | $64.00 | $0.00 | $0.00 | $0.00 |
| 20040721 12:51 | ML - Mail | 3120096 | | SBCC | ~BESSIE D | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $173.67 | $294.41 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $544.81 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $544.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |