UNITED STATES DISTRICT COURT

MASSACHUSETTS,ss
FEDERAL COURT
No._____

Stanley Donald, Petitioner

Vs.

Edward Ficco,
Commonwealth Of Massachusetts,
Respondent(s).

PETITION FOR THE APPOINTMENT OF COUNSEL
FOR PREPARATION OF A WRIT OF HABEAS CORPUS

The petitioner, Stanley Donald, aperson in State custody of the respondent(s) petition this Court for appointment of counsel under 18 U.S.C.A.3006A(g) for preparation of a writ of habeas corpus for Federal review of the Constitutional legality of his State Court conviction which is in violation of the United States Constitution.

The petitioner says;

1. He is indigent and attaches affidavit of indigency hereto.

2. He has exhausted all his State Court remedies to this case.

3. On December 16,2002,the Bristol County Superior Court No.9973-CR0217 denied his discovery motion to independent fingerprint tests and inspection.(Record Appendix 1-thru-3)

4. On April 8,2004,the State Appeals Court affirmed the motion. (Record Appendix No.4)

COMMONWEALTH      OF      MASSACHUSETTS

BRISTOL,ss                           Superior Court Dept.
                                     No.9973 CR0217

Commonwealth Of Massachusetts

                                     DEC 19

vs.

Stanley Donald

---

Defendant's Postconviction Motion For Independent
Fingerprint Tests And Inspection,And Preservation

---

Now comes the defendant in the above entitled matter and moves this Honorable Court to Allow his fingerprint expert to test and inspect the fingeprint evidence found at the crime scene,and for the preservation of all evidence retrieved at the crime scene in the custody and control of Bristol County District Attorney ,and its agents.

For the following good cause;

1.]This Court Allowed funds for a fingerprint expert on September 22,1999.

2.]The defendant's fingerprint expert was never allowed access to the sole thumbprint found(on a piece of broken glass)at the crime scene.

3.]Its the defendant's contentions that an independent tests (on the piece of glass)would prove his innocence or guilt, and fingerprint technology has improved since 1998.



R.9



4.] At the defendant's trial there was some speculations as to the fingerprint results delay, and chain of custody of the evidence retrieved at the crime scene.

**WHEREFORE,** this Honorable Court shall Allow the defendant and his fingerprint expert access to the fingerprint evidence that was retrieved at (broken glass window) the crime scene, and order the Bristol County District Attorney to produce all evidence in their custody, control for testing and inspecting.

Respectfully Submitted
By Dfendant Himself,

Dated: December 16, 2002

Stanley L. Donald, pro se
STANLEY L. DONALD, PRO-SE
P.O. BOX 8000
SHIRLEY, MASS  01464

### CERTIFICATE OF SERVICE

I, Stanley L. Donald, pro-se hereby swear and certify that a copy of same was served upon the Bristol County District Attorney, at 888 Purchase Street, New Bedford, Mass 02740, by first class mail, postage prepaid.



R.10

**Commonwealth of Massachusetts**
County of Bristol
The Superior Court

CRIMINAL DOCKET# BRCR1999-00217

RE:   **Commonwealth v Donald, Stanley**

TO: Stanley Donald
   MCI-Shirley
   P.O. Box 8000
   Shirley, MA 01464

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 01/02/2003 is as follows:

Postconviction Motion by Deft: for independent fingerprint tests and inspection, and preservation

**Motion (P#50) denied (John P. Connor, Justice). Copies mailed January 9, 2003**

Dated at Taunton, Massachusetts this 9th day of January, 2003.

Marc J. Santos,
Clerk of the Courts

Location: Criminal 1 - CtRm - Upper



R.14

COMMONWEALTH OF MASSACHUSETTS
APPEALS COURT
CLERK'S OFFICE

3 CENTER PLAZA, SEVENTH FLOOR
BOSTON, MASSACHUSETTS 02108
(617) 725-8106

April 8, 2004

Mr. Stanley Donald
S.B.C.C.              (W-66438)
P.O. Box 8000
Shirley, MA 01464-8000


RE:    No. 2003-P-0296

   **COMMONWEALTH**
       **vs.**
   **STANLEY DONALD**

                    NOTICE OF DOCKET ENTRY

   Please take note that on April 8, 2004, the following entry was made on the docket of the above-referenced case:

Decision: Rule 1:28 (GB B S). Order denying postconviction motions affirmed. *Notice. (See image on file.)

                           Very truly yours,

                           The Clerk's Office

Dated: April 8, 2004

To:   Kevin Connelly, A.D.A.
      Mr. Stanley Donald



**Supreme Judicial Court for the Commonwealth of Massachusetts**
One Beacon Street, Third Floor, Boston, Massachusetts 02108
(617) 557-1020

```
Stanley Donald
S.B.C.C.   (W-66438)
P.O. Box 8000
Shirley, MA 01464-8000
```

RE:   Docket No. FAR-14118

**COMMONWEALTH**
   **vs.**
**STANLEY DONALD**

   Bristol Superior Court No. BRCR1999-00217
   A.C. No. 2003-P-0296

   NOTICE OF DENIAL OF F.A.R. APPLICATION

Please take note that on 06/03/04, the above-captioned Application for Further Appellate Review was denied.

   Susan Mellen, Clerk

Dated: June 3, 2004

To:   Kevin Connelly, A.D.A.
      Stanley Donald

