# United States District Court

———— DISTRICT OF ————

Plaintiff
Stanley Donald, petitioner

v.

Edward Ficco, Respondent
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-CV-11728

I, **Stanley Donald**, declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **Souza-Baranowski Corr. Ctr.**

   Are you employed at the institution? **No**  Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions.

2. Are you currently employed?    [✓] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **$50 - A Month Homeless Impowerment project, 1151 Mass Ave, Camb, Mass 02138**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [ ] No
   b. Rent payments, interest or dividends              [ ] Yes    [ ] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [ ] No
   d. Disability or workers compensation payments       [ ] Yes    [ ] No
   e. Gifts or inheritances                             [✓] Yes    [ ] No
   f. Any other sources **Poetry articles published by Homeless Project**   [✓] Yes    [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. **Family sends $10-A month, Homeless project sometimes sends $50-A month**

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____ X _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   X

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   X

I declare under penalty of perjury that the above information is true and correct.

9/8/2004                    *Stanley L. [signature]*
_____                 _____
   DATE                         SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040722 15:34

| Commit# : | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 2 |
|---|---|---|---|---|---|---|---|
| Name : | DONALD, STANLEY, , | | | Statement From | 20040401 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040722 | | |
| Block : | K2 | | | | | | |
| Cell/Bed : | 37 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040525 09:39 | ML - Mail | 2852991 | | SBCC | ~BESSIE DONALD | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2901541 | | SBCC | ~Canteen Date : 20040604 | $0.00 | $16.06 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926220 | | SBCC | | $0.76 | $0.00 | $0.00 | $0.00 |
| 20040610 08:11 | IC - Transfer from Inmate to Club A/c | 2939390 | | SBCC | ~postage -POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040611 22:30 | CN - Canteen | 2947780 | | SBCC | ~Canteen Date : 20040611 | $0.00 | $5.31 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977585 | | SBCC | ~Canteen Date : 20040618 | $0.00 | $40.21 | $0.00 | $0.00 |
| 20040621 10:18 | ML - Mail | 2979067 | | SBCC | ~HOMELESS EMPOWERMENT PROJECT INC | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006792 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $8.72 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036537 | | SBCC | ~Canteen Date : 20040702 | $0.00 | $18.79 | $0.00 | $0.00 |
| 20040707 11:48 | IC - Transfer from Inmate to Club A/c | 3044002 | | SBCC | ~photo's for July -PHOTO - Z13--PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040709 22:30 | CN - Canteen | 3065016 | | SBCC | ~Canteen Date : 20040709 | $0.00 | $4.45 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074224 | | SBCC | | $0.68 | $0.00 | $0.00 | $0.00 |
| 20040716 22:30 | CN - Canteen | 3109707 | | SBCC | ~Canteen Date : 20040716 | $0.00 | $28.37 | $0.00 | $0.00 |
| 20040720 11:47 | ML - Mail | 3115794 | | SBCC | ~HOMELESS EMPOWERMENT PROJECT | $64.00 | $0.00 | $0.00 | $0.00 |
| 20040721 12:51 | ML - Mail | 3120096 | | SBCC | ~BESSIE D | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $173.67 | $294.41 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $544.81 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $544.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### SOUZA-BARANAOWSKI CORRECTIONAL

Date: 2004 0831 09:29:52          Inmate Income Receipt          Receipt # 3300829

| | |
|---|---|
| Institution : | SOUZA-BARANOWSKI CORRECTIONAL |
| Unit : | K2 |
| Block: | 37 |
| Commit # : | W66438 |
| Name : | DONALD, STANLEY |
| Type Of Transaction : | ML - Mail |
| Date of Transaction : | 20040831 |
| Source : | Money Order |
| External Contact : | |
| Amount : | $ 50.00 |
| Comments : | HOMELESS PROJECT |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 426.81 | .00 | .00 | .00 | .00 | .00 |