UNITED STATES DISTRICT COURT

MASSACHUSETTS,ss                            FEDERAL COURT
                                            No. 04-cv-11728

Stanley Donald, Petitioner

Vs.

Edward Ficco,
Commonwealth Of Massachusetts,
Respondent(s).


PETITION FOR THE APPOINTMENT OF COUNSEL
FOR REPRESENTATION ON WRIT OF HABEAS CORPUS

The petitioner, Stanley Donald, a person in State custody of the respondent(s) petition this Court for appointment of counsel under 18 U.S.C.A.3006A(g) for representation on writ of habeas corpus for Federal review of the Constitutional legality of his State Court conviction which is in violation of the United States Constitution.

The petitioner says;
1. He is indigent and attaches affidavit of indigency hereto.

2. He has exhausted all his State Court remedies to this case.

3. On December 16, 2002, the Bristol County Superior Court No.9973-CR0217 denied his discovery motion to independent fingerprint tests and inspection.

4. On April 8, 2004, the State Appeals Court affirmed the motion.

(PAGE No.2)

5. On June 3, 2004, the Massachusetts State Supreme Court denied the petitioner further appellate review without a hearing.

6. The petitioner further says the State Court denied him his Constitutional rights to inspect and test fingerprint exculpatory evidence which warrants Federal habeas relief. See Norton Vs. Spencer, 256 F.Supp.2d 120(D.Mass.2003).

WHEREFORE, the petitioner, Stanley Donald, respectfully request this Honorable Federal Court to appoint counsel.

Dated: Sept. 8th, 2004

Respectfully Submitted
By Petitioner Himself,

*[signature]*
STANLEY L. DONALD, Petitioner
S.B.C.C.
P.O.BOX 8000
Shirley, Mass 01464


( CERTIFICATE   OF   SERVICE )

I, Stanley L. Donald, the petitioner hereby certify that a copy of same Petition was served upon the Attorney General's Office of Massachusetts, One Ashburton Place, Boston, Mass 02108, by first class mail, postage pre-paid.