AO 241    (Rev. 5/85)

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY



| **United States District Court** | District  Of Massachusetts |  |
|---|---|---|
| Name Stanley Donald | Prisoner No W66438 | Case No 04-cv-11728 |

Place of Confinement  Souza-Baranowski Correctional Center,P.O.BOX 8000, Shirly,Mass  01464

| Name of Petitioner (include name under which convicted) | | Name of Respondent (authorized person having custody of petitioner) |
|---|---|---|
| STANLEY DONALD | V. | SUPT.  EDWARD FICCO |

The Attorney General of the State of:    MASSACHUSETTS,

### PETITION

1.   Name and location of court which entered the judgment of conviction under attack
     Bristol County Superior Court,P.O.BOX 5477 Taunton,Mass 02780-3244

2.   Date of judgment of conviction
     March 22,2000

3.   Length of sentence
     5-years

4.   Nature of offense involved (all counts)
     1#)Break & Entering dwelling house in day time;
     2#)Malicious destruction of property over $250;
     3#)Assault with a dangerous weapon

5.   What was your plea? (Check one)
     (a) Not guilty          XX
     (b) Guilty              ☐
     (c) Nolo contendere     ☐
     If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6.   If you pleaded not guilty, what kind of trial did you have? (Check one)
     (a) Jury        ☒
     (b) Judge only  ☐

7.   Did you testify at the trial?
     Yes ☐    No XX

8.   Did you appeal from the judgment of conviction?
     Yes XX    No ☐

AO 241    (Rev. 5/85)

9.    If you did appeal, answer the following:

(a) Name of court Massachusetts Appeals Court

(b) Result Judgment affirmed

(c) Date of result and citation, if known November 19,2002,#01-P-969

(d) Grounds raised #1)Ineffective assistance of counsel;
            #2)Denial of new trial was an abuse of discretion;
            #3)Erred in fingerprint evidence.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court Massachusetts Supreme Judicial Court

(2) Result Denied without hearing, judgment affirmed

(3) Date of result and citation, if known January 7,2003,#FAR-13035

(4) Grounds raised #1)Ineffective assistance of counsel;
            #2)Denial of new trial was an abuse of discretion;
            #3)Erred in fingerprint evidence

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal: -NEVER-

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
       Yes ☒    No ☐

11.    If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Bristol County Superior Court#9973-CR0217

(2) Nature of proceeding Postconviction discovery motion for independent
            fingerprint test, and evidentiary hearing to
            present newly discovered evidence

(3) Grounds raised #1)An independent fingerprint test will prove
            innocence for the defendant;
            #2)Counsel embezzled court funds for fingerprint expert.

(3)

AO 241    (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No XX

(5) Result Denied without hearing

(6) Date of result January 21,2003

(b) As to any second petition, application or motion give the same information:

(1) Name of court Mass. Appeals Court#03-P-0296; And Massachusetts Supreme Judicial Court #FAR-14118

(2) Name of proceeding Postconviction discovery appeal

(3) Grounds raised #1)The defendant's posconviction discovery motion for an independent fingerprint test should have been allowed to produce all proof of innocence;
#2)The defendant's postconviction evidentiary hearing should have been allowed to present trial counsel embezzled court funds allocated for fingerprint expert.

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No XX

(5) Result Judgment affirmed in Mass. Appeals court/Judgment affirmed in Supreme Judicial Court For Massachusetts

(6) Date of result April 8,2004 / June 3,2004.

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.    Yes XX    No ☐

(2) Second petition, etc.   Yes XX    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one:    (F) Conviction obtained by the unconstitutional failue to disclose evidence favorable to the defendant

Supporting FACTS (state *briefly* without citing cases or law): The court refused postconviction discovery for an independent fingerprint test on fingerprints lifted from a broken window that was used by the person who broke into the house. A eyewitness observed an individual fleeing the scene but could not postitively identify the defendant as the perpetrator at trial. There is speculations that the fingeprints could have come from another case entirely because the State Police delayed the fingeprints results for eleven months. An mordern fingerprint test would prove innocence for the defendant had the fingerprint evidence been disclosed postconviction.

B. Ground two: (I) Denial of effective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law): Thr trial counsel embezzled the funds allowed by the court for the fingerprint expert. Had the fingerprint expert been allowed to inspect the fingerprints. The defendant would have been able to present expert testimony to support his defense. The defendant requested the court to trace the funds (Check) issued for the service of the fingerprint expert but the court denied his request without a hearing. The trial counsel's embezzlement of funds deprived the defendant due process.

AO 241   (Rev. 5/85)

C.   Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

D.   Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state
*briefly* what grounds were not so presented, and give your reasons for not presenting them:

14.   Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes [ ]   No XX

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment
attacked herein:
(a)  At preliminary hearing  Richard Foster,Esq., 700 Pleasant St.,New Bedford,
                             Mass 02740, tel:(508)996-6844

(b)  At arraignment and plea  Richard Foster, Esq.

AO 241    (Rev. 5/85)

(c) At trial Richard Foster,Esq.

(d) At sentencing Richard Foster,Esq.

(e) On appeal    Robert O'Meara,Esq.,P.O.BOX 5952,Boston,Mass 02114,
                 tel:(978)352-2180

(f) In any post-conviction proceeding
         Stanley Donald,pro-se defendant

(g) On appeal from any adverse ruling in a post-conviction proceeding
         Stanley Donald,pro-se defendant

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at
     the same time?
     Yes ☐    No XX

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
     Yes XX    No ☐
     (a) If so, give name and location of court which imposed sentence to be served in the future:
         Middlesex Superior Court ,40 Thorndike St.,E.Cambridge,Mass
         02141

     (b) Give date and length of the above sentence:
         April 28,1999,  -40years-to-50years

     (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be
         served in the future?
     Yes XX  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Sept. 8th, 2004
_____
Date

_Stanley L. Donald_
Signature of Petitioner

(7)

S T A T E M E N T    O F    T H E    C A S E

On July 13,1999,by Bristol Superior Court indictment No.9973CR0217,the defendant was indicted for Count(A): Breaking and Entering of a Dwelling with Intent to commit a felony,G.L.c.266,section 18, Count(B): Destruction of Property with a value in excess of two hundred and fifty dollars, G.L.c.266,section 127 and with Count(C):Assualt with a Dangerous Weapon ,G.L.c.265,section 15B(b).

After a jury trial before Judge Tierney on March 22, 2000,the defendant was found guilty as to Count (A) and was sentenced to state prison for a term of incarcerated, of not more than five years, but not less than four years ,and a required finding of not guilty was entered by the Court as to Count (B),and a Nolle Prosequi was entered by the District Attorney as to Count (C).

On March 27,2000,the defendant filed a timely appeal of the verdict. On April 20,2000,the defendant filed a pro-se motion for a new trial,which was denied on April 21,2000.

On December 31,2001,the defendant filed appellate's brief,and Moffett brief.(Appeals Court No.:01-P-0969)

On November 19,2002,the Appeals Court affirmed the judgment.

On December 2,2002,the defendant filed Application for leave to obtain Further Appellate Review.

On January ,7,2003,Further Appellate Review denied without a hearing.

S U M M A R Y    O F    T H E    F A C T S

This case alleges that the defendant,on October 22,1997
,broke into a house owned by John and Theresa Brennan on
South Street in Easton,Mass. Although one Kelly Gardner,
a brother of the home owners, arrived at the house while
the alleged break-in was occurring and observed an indivi-
-dual fleeing the scene of the crime ,he testified that he
could not positively identify the defendant as the allege
perpetrator.

However, a partial thumbprint offered at trial did link
the defendant to a partial thumbprint allegedly lifted
from a broken window that was allegedly used by the person
to gain access to the house. During the trial there was
some speculations that the partial thumbprint could have
come from another case entirely because the State Police
fingerprint laboratory delayed the thumbprint results for
eleven months.

Further testimony revealed that 'no other'fingerprints
of the defendant was found inside the house. Trial counsel
for the defense never presented at trial the fingerprint
expert that he requested funds for,          |nor did
trial counsel provide the defendant with the fingerprint
expert's findings on the partial thumbprint.

After trial ,and Appeals; On December 16,2002,the pro-
-se defendant filed a postconviction motion to have his
own independent fingerprint expert test and inspect the
fingerprint evidence.                On January 2,2003,
the Court denied the defendant's postconviction motions.
              On January 12,2003, defendant also filed a
postconviction motion for an evidentiary hearing for newly
discovered evidence,with affidavit.
    On January 21,2003,the Court denied both postconviction
motions.              The pro-se defendant filed timely
Notice of Appeal.              ]

U N I T E D     S T A T E S     D I S T R I C T

Massachusetts,ss

Federal District
No.: 04-cv-11728

Stanley Donald,Petitioner

Vs.

Supt.Edward Ficco,
Commonwealth of Massachusetts,
Respondent(s).

[CERTIFICATE    OF    SERVICE]

I,Stanley Donald,the petitioner hereby certify that a copy
of same petition under 28 USC § 2254 for writ of habeas corpus
was served upon the Attorney General's Office for Massachusetts,
One Ashburton Place, Boston,Mass 02108, for the respondent(s) ,
by first class mail, postage pre-paid this ___8th___ day of
___September___ ,2004.

Signed under the pains and penalties of perjury.

Dated: 9/8/2004

STANLEY L.DONALD,(Petitioner)
S.B.C.C#W66438
P.O.BOX 8000
Shirley ,Mass   01464