UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY DONALD,
        Petitioner,

        v.                  C.A. No. 04-11728-MLW

EDWARD FICCO,
        Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐    The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒    The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner timely paid the $5 filing fee for this action per this Court's prior order, thereby mooting this application for a fee waiver.

<u>June 30, 2005</u>        /s/ Mark L. Wolf
DATE                  UNITED STATES DISTRICT JUDGE