UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY DONALD,
    Petitioner,

    v.         C.A. No. 04-11728-MLW

EDWARD FICCO,
    Respondent.

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

On August 21, 2004, I denied petitioner Donald's motion for appointment of counsel without prejudice to its refiling after he submitted a petition for a writ of habeas corpus and after the respondent filed a responsive pleading to the petition. See Docket No. 4. Because the petition has not yet served on the respondent and the respondent has not yet filed a responsive pleading, the motion for appointment of counsel is premature and will be DENIED without prejudice to its re-filing after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 30th day of June, 2005.

        /s/ Mark L. Wolf
        MARK L. WOLF
        UNITED STATES DISTRICT JUDGE