UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY DONALD )<br>    Petitioner, )<br> )<br>v. )<br> )<br>EDWARD FICCO )<br>    Respondent. )<br> ) | Civil Action No. 04-11728-MLW |

**RESPONDENT'S MOTION TO DISMISS PETITION
FOR WRIT OF HABEAS CORPUS AS
TIME-BARRED AND UNEXHAUSTED**

Edward Ficco, the Superintendent of the Souza-Baranowski Correctional Center, the respondent, respectfully submits this motion to dismiss the petition for a writ of habeas corpus filed by the petitioner, Stanley Donald. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions. Because his conviction for breaking and entering a dwelling in the daytime became final in January, 2003, the petitioner had to file his federal habeas petition within a one-year limitations period that expired in April, 2004. This petition was not filed until September 10, 2004, however, five months after the limitations period had lapsed. Accordingly, the petition must be dismissed as time-barred.

Furthermore, even assuming the it was timely filed, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 should be dismissed on the ground that the petition contains unexhausted claims. *See Rose v. Lundy*, 455 U. S. 509, 518-519 (1982). In support of his motion, the respondent relies on the accompanying memorandum of law and exhibits.

WHEREFORE, for the foregoing reasons, the respondent requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        Attorney General

                                        /s/ Eva M. Badway
                                        Eva M. Badway
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200, ext. 2824

Dated: July 15, 2005                          BBO # 635431

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, I caused a copy of the above Motion to Dismiss to be served by first-class mail, postage prepaid, upon Stanley Donald, *pro se*, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

                                        /s/ Eva M. Badway
                                        Eva M. Badway