**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| STANLEY DONALD ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No. 04-11728-MLW** |
| ) | |
| EDWARD FICCO ) | |
|     Respondent. ) | |
| _____ ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

**RESPONDENT'S SUPPLEMENTAL ANSWER**

1.    Docket Sheet, *Commonwealth v. Stanley Donald*, Bristol No. 9973CR217.

2.    Computerized Docket Sheet, *Commonwealth v. Stanley Donald*, BRCR1999-217.

3.    Defendant's Brief, *Commonwealth v. Donald,* Massachusetts Appeals Court No. 01-P-969.

4.    Commonwealth's Brief, *Commonwealth v. Donald*, Massachusetts Appeals Court No. 01-P-969.

5.    Defendant's Moffett Brief, *Commonwealth v. Donald*, Massachusetts Appeals Court No. 01-P-969.

6.    *Commonwealth v. Donald*, Memorandum and Order Pursuant to Rule 1:28, 56 Mass. App.Ct. 1109, 778 N.E.2d 1038 (2002).

7.    Defendant's Application for Leave to Obtain Further Appellate Review, dated December 2, 2002.

8.      *Commonwealth v. Donald*, 438 Mass. 1104, 782 N.E. 2d 515 (2003), denial of

        Defendant's Application for Leave to Obtain Further Appellate Review.

9.      Defendant's Brief, *Commonwealth v. Donald*, Massachusetts Appeals Court No. 03-P-

        296.

10.     Commonwealth's Brief, *Commonwealth v. Donald*, Massachusetts Appeals Court No.

        03-P-296.

11.     *Commonwealth v. Donald*, 60 Mass. App. Ct. 1125, 806 N.E.2d 1125 (2004).

12.     SJC Docket Sheet, *Commonwealth v. Donald*, FAR-14118.

13.     Defendant's Application for Leave to Obtain Further Appellate Review, dated May 6,

        2004.

14.     *Commonwealth v. Donald*, 442 Mass. 1101, 809 N.E.2d 1060 (2004), denial of

        Defendant's Application for Leave to Obtain Further Appellate Review.

                                          Respectfully submitted,

                                          THOMAS  F.  REILLY
                                          Attorney General

                                          /s/ Eva M. Badway
                                          Eva M. Badway
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200, ext. 2824
Dated: July 15, 2005                      BBO # 635431

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, I caused a copy of the above *Notice of Filing With Clerk's Office* to be served by first-class mail, postage prepaid, upon Stanley Donald, *pro se*, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

/s/ Eva M. Badway
Eva M. Badway