UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


STANLEY DONALD, Petitioner

   V.
                                 C.A. No. 04-11728-MLW

EDWARD FICCO, Respondent.


### PETITIONER'S RENEWED MOTION TO APPOINT COUNSEL

The petitioner, Stanley Donald, moves this Court to appoint counsel, pursuant to 18 U.S.C.§ 3006A, and says this Court issued an order allowing him to renew his motion to appoint counsel when the respondents has filed a response to his petition. See(Attachment#1) He further says the respondents motion to dismiss is vague regarding State Court remedies, and the respondents asserts futile claims in their answers to the petition. Under the Civil Justice Act, a district court may appoint counsel for a habeas petitioner when the "interest of justice" so require it. 18 U.S.C.§ 3006A(a)(2)(b); accord Rule 8(c) of the Rules Governing Section 2254 Habeas Proceedings.

   Evenmore, The legal and factual complexity of petitioner's Grounds(F); and(I) in his petition raises embezzlement of State Court funds by his trial counsel; and testing that will prove his innocence with the counsel this Court appoint's to represent him.
   These factors shall be deemed relevant by this Court when Allowing this motion to appoint counsel.


                              Respectfully Submitted
                              By Petitioner Himself,

Dated: 7/22/05                /s/ Stanley L. Donald, pro-se
                              Stanley L. Donald, pro-se
                              S.B.C.C.#W66438
                              P.O. BOX 8000
                              Shirley, Mass 01464