UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stanley Donald, Petitioner

     V.                   C.A. No.04-11728-MLW

Edward Ficco, Respondent.

### PETITIONER'S MOTION TO ENLARGE

    The petitioner, Stanley Donald, pro-se moves this Court to enlarge time to file opposition to respond-ents motion to dismiss until September 3, 2005, for the following good cause:

1.] The petitioner has limited access to the prison law library.

2.] An enlargement is necessary to prepare a sufficient opposition to the respondents futile claims since the petitioner is pro-se, and without counsel.

3.] Therefore, the petitioner requests an enlargement of time until September 3, 2005, to file opposition.

Dated: 7/22/2005

Respectfully Submitted
By Petitioner Himself,

Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11728-MLW

( CERTIFICATE OF SERVICE )

    I, Stanley L. Donald, pro-se petitioner hereby certify that a copy of same Pleadings with the Attachments, was served upon the Respondents, Eva M. Badway, Assistant Attorney General, at One Ashburton Place, Boston, Mass 02108-1598, by first class mail, postage prepaid.

Signed under the pains and penalties of perjury this  22  day of  July , 2005.

                                                        Stanley L. Donald, pro-se
                                                        S.B.C.C. #W66438
                                                        P.O. BOX 8000
                                                        Shirley, Mass 01464