UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Stanley Donald, Petitioner

    V.                    C.A. No. 04-11728-MLW

Edward Ficco, Respondent.

### PETITIONER'S PETITION FOR DISCOVERY OF DOCUMENTS

The petitioner, Stanley Donald, requests this Court to Order the respondent to produce documents, check receipt, financial statements, relevant to the funds issued by the State Court for fingerprint expert. See (Attachment #1)

The petitioner says a review of these documents shall support the assertions that the funds were embezzled by trial counsel in his State Court case. See (Pet.par.12(b))

Therefore, this Court should ORDER the respondent(s) to produce all financial records, documents for this Court's incamera viewing in the interest of justice.

Dated: 8/9/2005

Respectfully Submitted
By Petitioner Himself,

Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464