COMMONWEALTH OF MASSACHUSETTS



Bristol, ss                                        Bristol Superior Court
                                                   No. 99-0217

Commonwealth

vs.

Stanley Donald

### DEFENDANT'S MOTION FOR FUNDS (FINGERPRINT EXPERT)

Now comes the Defendant in the aforenamed case and moves that he be allowed funds, in an amount not to exceed $500.00, to retain a fingerprint expert, Richard L. Whelan, 87 Miller Street, Franklin, Massachusetts 02038, and the Defendant would say that he is currently incarcerated and has been determined by the Court to be indigent and has Court appointed counsel.

Respectfully submitted,

Stanley Donald,

By his attorney,

_____
Richard W. Foster, Esq.
700 Pleasant Street
New Bedford, MA 02740
(508) 994-6844
BBO # 175910

RWF/djr
8061.doc

#1.

U.S.D.C.  No.04-11728-MLW

( CERTIFICATE OF SERVICE )

I, Stanley L. Donald, pro-se petitioner hereby certify that a copy of same Petition for Discovery, Opposition, was served upon the respondents attorney, Eva M. Badway, Assistance Atty. General, One Ashburton Place, Boston, Mass 02108-1598, by first class mail, postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS  9th  DAY OF  August  , 2005.

*Stanley L. Donald, pro-se*
Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464