UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stanley Donald, Petitioner

V.                              C.A.No.04-11728-MLW

Edward Ficco, Respondent.

<u>PETITIONER'S OPPOSITION TO RESPONDENTS MOTION TO DISMISS</u>

  The petitioner, Stanley Donald, opposes the respondents motion to dismiss and says:

1.] The motion to dismiss is clearly futile.

2.] On June 3, 2004, the petitioner did exhaust his last State Court remedy in a Mass.Rule 30 Postconviction motion for postconviction discovery. See(R.S.A., Ex.14, Commonwealth Vs. Donald, 442 Mass.1101(2004)).

3.] And three months later on September 10, 2004, the petitioner filed a timely Writ of Habeas Corpus. See(U.S.D.C., Paper#7)

4.] The petitioner did present all his claims to the Supreme Judicial Court of Massachusetts in an application which was denied without a hearing. <u>Id</u>.

5.] Therefore, the respondents motion to dismiss should be DENIED.

Dated: 8/9/2005

Respectfully Submitted
By Petitioner Himself,

Stanley L. Donald, pro-se
S.B.C.C.#W66438
P.O.BOX 8000
Shirley, Mass 01464