UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY DONALD
        Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-11728-MLW

EDWARD FICCO
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

WOLF, D.J.

      **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict as to Count I.

**X**      **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** JUDGEMENT OF DISMISSAL shall enter for the Defendant.

SARAH A. THORNTON, CLERK

Dated: February 1, 2006                /s/ Dennis O'Leary
                                            ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ .

(judgciv.frm - 10/96)                                                  [jgm.]