Dated: 2/6/2006

Stanley L. Donald
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

Ms. Sarah A. Thornton, Clerk
U.S. District Court
Office of The Clerk
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass 02210

RE: Stanley Donald Vs. Edward Ficco,
    C.A. No. 04-11728-MLW

Dear Clerk:
   Enclosed please find for filing;
1.) Petitioner's Petition To Revise Judgment of Dismissal.

Please forward to Judge Wolf for a decision.

Thank you for your cooperation.

Sincerely, Stanley L. Donald pro-se
           Stanley L. Donald, pro-se

To: Ms. Eva M. Badway, Esq., File.

United States District Court
District Of Massachusetts

_____

Stanley Donald, Petitioner,

Vs,

C.A. No. 04-11728-MLW

Edward Ficco, Respondent.

### PET's. PETITION TO REVISE JUDGMENT OF DISMISSAL

The petitioner moves this Court to revise the judgment of dismissal, (Paper#20), and request this Court to issue an order remanding the case to the State Superior Court for independent fingerprint test since he has not exhausted his State Court remedies under 28 U.S.C.§ 2254(b)(1)(B).

The petitioner says an order from this Court would require the State Court to grant him a hearing on his motion for an independent fingerprint test.

Dated: February 6th/2006

Respectfully Submitted
By Petitioner Himself

Stanley L. Donald, pro-se
P.O. BOX 8000
Shirley, Mass 01464

(PROOF OF SERVICE)

I, Stanley L. Donald, pro-se petitioner hereby certify a copy of same was served upon the Respondents by first class mail postage prepaid.