```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

STANLEY DONALD                  )
     Petitioner,                )
                                )
     v.                         )   C.A. No. 04-11728-MLW
                                )
EDWARD FICCO,                   )
     Respondent.                )
```

ORDER

WOLF, D.J.                                              May 4, 2006

Pro se Petitioner Stanley Donald ("Donald") has moved this court to amend its January 30, 2006 Order, which allowed respondent Edward Ficco's motion to dismiss because the petitioner failed to exhaust his claims in state court. (Docket No. 22). The petitioner requests that this court issue an order remanding the case to the State Superior Court for an independent fingerprint test since he has not exhausted his state court remedies under 28 U.S.C. §2254(b)(1)(A). The petitioner asserts that such an order would require the state court to grant a hearing on his motion for an independent fingerprint test.

Donald has not filed a memorandum of law in support of this motion as required by Local Rule 7.1(B)(1) nor has he cited any cases or statutes that give this court the authority to remand a case to state court. Remand is not available in this case because the petitioner did not appear before this court on appeal from the state court's decision. Instead, the petitioner appeared seeking collateral relief. In addition, Donald is free to exhaust claims in state court without this court's intervention, assuming that he

satisfies the state court's jurisdictional and statute of limitation requirements.

Accordingly, it is hereby ORDERED that Petitioner's Petition to Revise Judgment of Dismissal (Docket No. 22) is DENIED.


                                        /s/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE